UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| OLIVIA JIMENEZ RAMIREZ; LUCIA R. JIMENEZ,<br><br>                  Plaintiffs,<br>    v.<br><br>SAXON MORTGAGE SERVICES, INC., MERS; FV-1, INC., IN TRSUT FOR MORGAN STANLEY MORTAGE CAPITAL HOLDINGS, LLC, DOES 1-100, inclusive,<br><br>                  Defendants. | Case No.: 11-CV-3726-LHK<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

        On June 9, 2011, Plaintiffs, in pro per, filed an action in California Superior Court alleging claims for "unlawful trustee sale;" violation of Cal. Civ. Proc. § 2923.5; breach of implied covenant of good faith and fair dealing; and "defendant has not standing right to title." ECF No. 1, Ex. A, at 6. On July 29, 2011, the case was removed by Defendants based on diversity jurisdiction.

        On August 5, 2011, Defendants filed a motion to dismiss. ECF No. 4. After the case was reassigned to the undersigned on August 25, 2011, ECF No. 6, Defendants filed and served on Plaintiffs, by mail, an amended motion to dismiss on August 26, 2011. ECF No. 7. Per the Civil Local Rules, Plaintiffs' opposition was due September 9, 2011. On August 29, 2011, Defendants gave notice, by mail, to Plaintiffs that Plaintiffs' opposition was due on September 9, 2011, and that the motion was set for hearing on November 17, 2011. ECF No. 9. Plaintiffs failed to file an opposition on September 9, 2011, or any time thereafter. On September 16, 2011, Defendants gave notice, again by mail, that Defendants' motion was unopposed. ECF No. 11.

        On November 9, 2011, the Court ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. ECF No. 12. Plaintiffs were ordered to respond to the order to show cause by December 1, 2011. Plaintiffs have not filed a response. A hearing on the order

to show cause was held on December 8, 2011. Plaintiffs failed to appear at this hearing. In light of Plaintiffs' failure to respond to the order to show cause and failure to appear at the December 8, 2011 hearing, the Court DISMISSES this case without prejudice for failure to prosecute. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 8, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-03726-LHK
ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE